**Ronald Dale McLELLAND,**
**Plaintiff–Appellant,**

v.

**CITY OF NORTH MYRTLE BEACH,**
**Defendant–Appellee.**

No. 10–2283.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2011.

Decided: March 17, 2011.

Ronald Dale McLelland, Appellant Pro Se. D.L. Dirk Aydlette, III, Christina M. Summer, Gignilliat, Savitz & Bettis, Columbia, South Carolina, for Appellee.

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Dale McLelland appeals the district court's order rejecting the recommendation of the magistrate judge and granting Defendant's motion for summary judgment in this age discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McLelland v. City of N. Myrtle Beach,* No. 4:08–cv–03430–JMC, 2010 WL 3783463 (D.S.C. Sept. 21, 2010); *see Gross v. FBL Fin. Servs.,* Inc., —— U.S. ——, 129 S.Ct. 2343, 2352, 174 L.Ed.2d 119 (2009) (holding that, in age discrimination action, plaintiff "must prove, by a preponderance of the evidence, that age was the 'but-for' cause of the challenged adverse employment action"). We deny McLelland's motion to exclude Defendant's informal brief on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*